

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| CARLOS MORQUECHO PEREZ, | § | No. 08-18-00188-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20180C00373) |
| | § | |

## O R D E R

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **March 23, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BECONSIDERED BY THIS COURT.

It is further ORDERED that Mary Ann Marin, Official Court Reporter for the County Criminal Court No. 1, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before March 23, 2019.

IT IS SO ORDERED this 25th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.